JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/25/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| AMBER MACHOWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDLEY-CROCKER ENTERPRISES and DOES 1–10,<br><br>    Defendants. | Case No.: SACV 20-02109-CJC (JDEx)<br><br><br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's application for default judgment. (Dkt. 17.) On February 25, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff on her ADA claim. Defendant Lindley-Crocker Enterprises shall provide the required ADA-compliant parking, paths of travel, ramps, and signage, at

1 | Wholesale Nutrition located at 13962 Ponderosa Street in Santa Ana, California.  Plaintiff
2 | is awarded attorneys' fees and costs in the amount of $3,841.85.

DATED: February 25, 2021

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE